**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY LE'BRON HEATH, JR., | No. CV 08-8379-SJO(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES WALKER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: February 13, 2012.

*S. James Otero*

S. JAMES OTERO
United States District Judge